**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6162**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MONTA OLANDER JORDAN,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CR-94-103, CA-96-125)

———————

Submitted:  September 29, 1998      Decided:  November 10, 1998

———————

Before MURNAGHAN and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Monta Olander Jordan, Appellant Pro Se. Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Monta O. Jordan appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Jordan, Nos. CR-94-103; CA-96-125 (W.D. Va. Dec. 2, 1997; Jan. 6, 1998). See Lindh v. Murphy, 521 U.S. 320 (1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED